Case 1:19-cr-20252-RS   Document 1   Entered on FLSD Docket 05/01/2019   Page 1 of 4

FILED by ____YH____ D.C.

Apr 30, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20252-CR-BLOOM/LOUIS**

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

GREGORY GEORGE,
   a/k/a "Ti Ketant,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in and around July 2013, the exact date being unknown to the Grand Jury, and continuing through on or about June 7, 2015, in the countries of Colombia, Haiti, and elsewhere, the defendant,

**GREGORY GEORGE,**
a/k/a "Ti Ketant,"

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing and intending that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(1) and (a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GREGORY GEORGE, a/k/a "Ti Ketant,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

GREGORY GEORGE,

         **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB        ___ FTP

New Defendant(s)          Yes ___    No ___
Number of New Defendants      ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Creole_

4. This case will take _2-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        _X_         Petty      ___
   II   6 to 10 days       ___         Minor      ___
   III  11 to 20 days      ___         Misdem.    ___
   IV   21 to 60 days      ___         Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

                                              _/s/ Kurt K. Lunkenheimer_
                                              KURT K. LUNKENHEIMER
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Florida Bar No./Court No. A5501535

*Penalty Sheet(s) attached                                                                REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __GREGORY GEORGE__

**Case No:** _____

Count #: 1

Conspiracy to Distribute cocaine, knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**