## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-20252-CR-SMITH

UNITED STATES OF AMERICA,

     **Plaintiff,**

v.

GREGORY GEORGE,

     **Defendant.**

_____/

## WAIVER OF PHYSICAL PRESENCE IN COURT AND CONSENT TO APPEAR BY VIDEO TELECONFERENCE OR TELEPHONE CONFERENCE UNDER THE CARES ACT, PUB. L. NO. 116-136, 134 STAT. 281

**COMES NOW** Defendant Gregory George, who states:

1. I have read the Indictment/Information/Petition (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney.  I understand that I am guaranteed the right to be present at all criminal proceedings if my presence is critical to the outcome of the proceeding and would contribute to the fairness of the proceeding, including sentencing pursuant to the Constitution and Federal Rule of Criminal Procedure 43.

3. I understand that the guaranteed right to be present means the right for me to be present, in person in the courtroom, with my attorney, the prosecutor, and the judge.

4. I understand that I can waive the guaranteed right to appear in person and consent to appear, at the sentencing hearing on June 9, 2020, by video teleconference or telephone conference.

5. I __✓ waive____ do not waive (check one) my right to be present, in person in the courtroom, for the sentencing hearing on June 9, 2020, pursuant to the Constitution and Federal Rule of Criminal Procedure 43(c)(1)(B).

CASE NO. 19-20252-CR-SMITH

6. I ✓ **consent** ____ **do not consent** (check one) to appearing by video teleconference or telephone conference if video teleconference is not reasonably available for the sentencing hearing on June 9, 2020.

7. The parties agree that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice.

_____
Defendant's Signature[1]

_____
Defense Counsel's Signature

_____
Defendant's Name (printed)
Gregory George

_____
Defense Counsel's Name (printed)
Lauren Field Krasnoff

_____
Date
6/5/2020

_____
Date
6/5/2020

**SO ORDERED** that the above waiver of physical presence in court and consent to appear by video or teleconference conference under the CARES ACT, PUB. L. NO. 116-136, 134 STAT. 281 is **ACCEPTED** due to the findings in Administrative Order 2020-23, due to the fact that the sentencing in this case under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety, and due to the fact that the age of this case and current status of the proceedings is such that the sentencing in the case cannot be further delayed without serious harm to the interests of justice.

ACCEPTED BY:

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

June 9, 2020
Date

_____

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that Defendant gave express permission to apply his or her signature.

2